**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| KARL RHEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:23-CV-00599 PLC |
| | ) |
| FRANK BISIGNANO, | ) |
| Commissioner of the Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Memorandum and Order entered this same date and incorporated herein,

**IT IS HEREBY ORDERED** that the final decision of the Acting Commissioner of Social Security is **REVERSED** and that this cause of action is **REMANDED** pursuant to 42 U.S.C. § 405(g) for further proceedings.

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 30th day of September, 2025